## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

THE HUNTINGTON NATIONAL BANK, SUCCESSOR IN INTEREST TO SKY BANK,

               Respondent

        v.

ROCK FERRONE A/K/A ROCK A. FERRONE AND MARCIA FERRONE A/K/A MARCIA M. FERRONE A/K/A MARCIA A. FERRONE,

               Petitioners

: No. 39 WAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.